THE HONORABLE TANA LIN

Thomas Lether, WSBA #18089
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
*Counsel for Defendant The Standard*
*Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLAS NICHOLSON,<br><br>                      Plaintiff,<br>   v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurer,<br><br>                      Defendant. | Case No.: 2:24-cv-69-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER GRANTING DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 31, 2024**<br><br>**[CLERK'S ACTION REQUIRED]** |

Plaintiff Dallas Nicholson and Defendant The Standard Fire Insurance Company (Standard Fire) (hereinafter collectively referred to as "the releasing parties") hereby stipulate and agree that all claims between them may be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The releasing parties further stipulate and agree that the dismissal of all claims between them shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 31st day of October, 2024.

STIPULATED MOTION AND [PROPOSED] ORDER
GRANTING DISMISSAL – 1
2:24-cv-69-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

DUBIN LAW GROUP

*/s Anne Vankirk*
Anne Vankirk, WSBA #47321
Dubin Law Group
115 N 85th St.
Suite 202
Seattle, WA 98103
Phone: 425-800-8000
Fax: 206-973-1783
anne@dubinlawoffice.com
*Counsel for Plaintiff*

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
*Counsel for Defendant The Standard Fire Insurance Company*

STIPULATED MOTION AND [PROPOSED] ORDER GRANTING DISMISSAL – 2
2:24-cv-69-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## I. ORDER

Based on foregoing Stipulation, it is hereby ORDERED:

1. That any and all of the releasing parties' claims are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DATED: October 31, 2024

_____
The Honorable Tana Lin

STIPULATED MOTION AND [PROPOSED] ORDER
GRANTING DISMISSAL – 3
2:24-cv-69-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544